# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:12-CV-0032

| | |
|---|---|
| SHELLEY ARDREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FNU BEER, Magistrate, JOHN DOE, ) | |
| District Court Judge, ANDREW ) | |
| MURRAY, District Attorney, and CHIEGE ) | |
| O. OKWARA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon its own motion. On April 12, 2012, the Court issued an order denying Defendant's motion to proceed *in forma pauperis* (Doc. No. 2). In that order, the Court ordered Plaintiff to pay the $350.00 civil filing fee within fourteen (14) days of service of that order, and warned that the failure to do so would result in dismissal of the case without prejudice. Mail to Plaintiff was returned as undeliverable (Doc. No. 4), but Plaintiff has an obligation to notify the Court of any change in address, which he has not done.

Plaintiff has failed to pay the filing fee within the fourteen (14) days allowed by the court. IT IS THEREFORE ORDERED THAT the above captioned case be dismissed without prejudice.

IT IS SO ORDERED.

Signed: June 4, 2012

*Frank D. Whitney*
Frank D. Whitney
United States District Judge