# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shelley Ardrey,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00032-FDW-DSC

FNU Beer et al.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2012 Order.

Signed: June 4, 2012

Frank G. Johns, Clerk
United States District Court